IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| LEE CHI LING, | : 13-cv-5364 |
| Defendant, | : |
| and | : Related Case No. |
| | : 06-cv-6402 (ADS) |
| PERFECT GENIUS LIMITED, | : |
| Relief Defendant. | : |

**ORDER TO TRANSFER FUNDS TO THE
CHINA ENERGY FAIR FUND FOR DISTRIBUTION**

The Court, having reviewed the United States Securities and Exchange Commission's ("SEC" or "Commission") Notice of Motion, Motion and Memorandum of Law in Support of an Order to Transfer Funds to Related Proceeding for Distribution and for good cause shown,

**IT IS HEREBY ORDERED:**

The funds held by the Commission under the case name designation "SEC v. Lee Chi Ling, Defendant, and Perfect Genius Limited, Relief Defendant," 13-cv-5364, are to be transferred to the Fair Fund established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, as amended, in the related proceeding, *SEC v. China Energy Savings Technology, Inc. et al.*, 06-cv-6402 (ADS) (E.D.N.Y.), for distribution to harmed investors.

SO ORDERED.

13th day of May, 2016.

s/ edward R. Korman
United States District Judge