UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) 06-cv-6402 (ADS) |
| v. | )<br>) |
| CHINA ENERGY SAVINGS TECHNOLOGY, INC., NEW SOLOMON CONSULTANTS, CHIU WING CHIU, LAI FUN SIM a/k/a Stella Sim, SUN LI, JUN TANG ZHAO, | )<br>) Related Case No. 13-cv-5364<br>)<br>) |
| Defendants, | )<br>) |
| and | ) |
| AMICORP DEVELOPMENT LIMITED, ESSENCE CITY LIMITED, PRECISE POWER HOLDINGS LIMITED, YAN HONG ZHAO, AI QUN ZHONG, TUNG TSANG, | )<br>)<br>)<br>) |
| Relief Defendants. | ) |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 23 2018   ★

LONG ISLAND OFFICE

---

## ORDER APPROVING A DISTRIBUTION PLAN FOR THE FAIR FUND

The Court, having considered Plaintiff's Motion for an Order Approving a Distribution Plan for the Fair Fund (the "Motion"), the Memorandum of Law in Support, and the proposed Distribution Plan, and for good cause shown, the Court grants the Motion and approves in its entirety the Distribution Plan attached hereto.

The Distribution Plan shall govern the administration and distribution of the Fair Fund previously established by Order dated December 17, 2015.

**SO ORDERED.**

Dated: 8/23/18

*/s/ Arthur D. Spatt*

**Honorable Arthur D. Spatt**
United States District Judge
Eastern District of New York