IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>CHINA ENERGY SAVINGS TECHNOLOGY, INC., NEW SOLOMON CONSULTANTS, CHIU WING CHIU, LAI FUN SIM a/k/a Stella Sim, SUN LI, and JUN TANG ZHAO,<br><br>DEFENDANTS, and<br><br>AMICORP DEVELOPMENT LIMITED, ESSENCE CITY LIMITED, PRECISE POWER HOLDINGS LIMITED, YAN HONG ZHAO, AI QUN ZHONG, and TUNG TSANG,<br><br>RELIEF DEFENDANTS | 2:06-cv- 06402-JMA-AYS<br><br>Related Case No.<br>13-cv- 5364<br><br>Plaintiff's Notice of Motion and Motion for an Order Granting Leave to Withdraw as Counsel of Record for the Plaintiff, the Securities and Exchange Commission |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, upon the accompanying Motion and Proposed Order, and all other related papers and proceedings, the undersigned, an attorney of record for the Plaintiff, the Securities and Exchange Commission (the "SEC"), respectfully moves this Court, pursuant to Local Rule 1.4(b), for leave to withdraw as counsel of record for the SEC. The reason for the withdrawal is that the movant is leaving the SEC at the end of March 2025. The remaining counsel of record will continue to represent the SEC in this action.

## **MOTION**

The undersigned, who is leaving the SEC at the end of March 2025, respectfully requests that the Court enter an Order granting the undersigned leave to withdraw as counsel for the SEC in

the captioned matter. The remaining counsel of record will continue to represent the SEC in this action.

WHEREFORE, the undersigned respectfully requests that this Court enter the proposed Order and grant such other relief as it deems just and proper.

Dated: March 24, 2025

Respectfully submitted,

s/Catherine E. Pappas
Catherine E. Pappas
Admitted *Pro Hac Vice*, June 10, 2024
Email: pappasc@sec.gov
Securities and Exchange Commission
One Penn Center
1617 JFK Blvd., Ste. 520
Philadelphia, Pa. 19103
Tel: (215) 597-0657
Fax: (215) 597-2740
*Attorney for Plaintiff Securities and Exchange Commission*